EDWARD COHEN, Respondent, v. SAMUEL SILBERSTEIN, Appellant.— Order denying defendant's motion to strike cause from calendar reversed upon the law

---

* See Civ. Prac. Act, § 193, subd. 2, as amd. by Laws of 1923, chap. 250.— [REP.
† See 41 U. S. Stat. at Large, 1007, § 33; now U. S. Code, tit. 46, § 688.— [REP.

and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In the absence of the pleadings, from which we could determine whether or not the answer was sham, it must be assumed that the amended answer destroyed the original issue. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.